Nos. 24-1947/1951

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Dec 5, 2024
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| CHARLES LAMAR BLACKWELL, ) | |
| ) | |
| Plaintiff-Appellee, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| DAVID W. JONES (24-1947); STEVEN ) | |
| CHISOLM and CITY OF INKSTER, MI (24- ) | |
| 1951), ) | |
| ) | |
| Defendants-Appellants. ) | |

In Case No. 24-1947, defendant David W. Jones appeals the district court's order denying the defendant's motion to dismiss the plaintiff's amended complaint. In Case No. 24-1951, defendants Steven Chisolm and City of Inkster, Michigan, appeal the same district court order. The plaintiff, proceeding pro se, moves to consolidate the appeals for briefing and submission. No response to the motion has been received.

Upon review and consideration, the plaintiff's motion is **GRANTED**, and these causes are hereby consolidated for purposes of briefing and submission. The defendants may file a single appellant brief, and the plaintiff may file a single appellee brief. The defendants may file a consolidate reply brief. A separate briefing schedule will issue upon the completion of the electronic transcript order in Case No. 24-1951.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Kelly L. Stephens, Clerk

United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 12/05/2024.

**Case Name:** Charles Blackwell v. Steven Chisolm, et al
**Case Number:** 24-1947

**Docket Text:**
ORDER filed : The plaintiff's motion to consolidate [7251057-2] [7251061-2] is GRANTED The defendants may file a single appellant brief, and the plaintiff may file a single appellee brief. The defendants may file a consolidate reply brief. A separate briefing schedule will issue upon the completion of the electronic transcript order in Case No. 24-1951.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Mr. Charles Lamar Blackwell
22655 Fairmont Drive
Apartment 102
Farmington Hills, MI 48335

**A copy of this notice will be issued to:**

Mr. Peter E. Doyle
Ms. Kinikia D. Essix
Mr. Todd Russell Perkins