Case No. 24-1947/24-1951

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

CHARLES LAMAR BLACKWELL

    Plaintiff - Appellee

v.

DAVID W. JONES [24-1947]

STEVEN CHISOLM; CITY OF INKSTER, MI [24-1951]

    Defendants - Appellants

BEFORE: READLER, Circuit Judge; MURPHY, Circuit Judge; BLOOMEKATZ, Circuit Judge;

Upon consideration of the petition for rehearing filed by the appellant,

It is **ORDERED** that the petition for rehearing be, and it hereby is, **DENIED**.

                                    **ENTERED BY ORDER OF THE COURT**
                                    Kelly L. Stephens, Clerk

Issued: November 25, 2025

United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 11/25/2025.

**Case Name:**   Charles Blackwell v. Steven Chisholm, et al
**Case Number:**   24-1947

**Docket Text:**
ORDER filed: The petition for panel rehearing [7444702-2] is DENIED. Chad A. Readler, Circuit Judge; Eric E. Murphy, Circuit Judge and Rachel Bloomekatz, Circuit Judge. [24-1947, 24-1951]

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Mr. Charles Lamar Blackwell
22655 Fairmont Drive
Apartment 102
Farmington Hills, MI 48335

**A copy of this notice will be issued to:**

Mr. Peter E. Doyle
Ms. Kinikia D. Essix
Mr. Todd Russell Perkins