# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: December 02, 2025

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

      Re:    Case No. 24-1951/24-1947, *Charles Blackwell v. Steven Chisholm, et al*
               Originating Case No. 2:23-cv-13015

Dear Ms. Essix,

  Enclosed is a copy of the mandate filed in this case.

                              Sincerely yours,

                              s/Kelly Stephens
                              Appeal Case Manager: Michelle

cc: Mr. Charles Lamar Blackwell
     Mr. Peter E. Doyle
     Mr. Todd Russell Perkins

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 24-1951/24-1947

_____

Filed: December 02, 2025

CHARLES LAMAR BLACKWELL

    Plaintiff - Appellee

v.

DAVID W. JONES [24-1947]

STEVEN CHISOLM; CITY OF INKSTER, MI [24-1951]

    Defendants - Appellants

## MANDATE

Pursuant to the court's disposition that was filed 11/05/2025 the mandate for this case hereby issues today.

COSTS: None