UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES LAMAR BLACKWELL,

    Plaintiff,

v.

STEVEN CHISHOLM, DAVID JONES,
and CITY OF INKSTER,

    Defendants.
_____/

Case No. 2:23-cv-13015
District Judge Mark A. Goldsmith
Magistrate Judge Kimberly G. Altman

## BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES (ECF No. 43)

### I.

This is a civil rights case under 42 U.S.C. § 1983.  Plaintiff Charles Lamar Blackwell (Blackwell), proceeding *pro se*, is suing the City of Inkster (Inkster), city council member Steven Chisholm (Chisholm), and city attorney David Jones (Jones) for First Amendment retaliation.  (ECF No. 17).  Under 28 U.S.C. § 636(b)(1), all pretrial matters have been referred to the undersigned.  (ECF No. 7).  Before the Court is Blackwell's motion to strike defendants' affirmative defenses.  (ECF No. 43).  This order sets forth a briefing schedule on this motion.

1

II.

On September 30, 2024, the district judge adopted the Report and Recommendation of the undersigned and denied defendants' motion to dismiss the amended complaint. (ECF No. 38). Defendants then filed answers to the amended complaint, with Jones's filed on October 14, 2024 (ECF No. 41) and a joint answer from Chisholm and Inkster on October 17, 2024 (ECF No. 42). Then, on October 17, 2024, Blackwell filed a motion to strike certain affirmative defenses from each of those answers. (ECF No. 43).

On October 28, 2024, Jones filed a notice of appeal informing the Court that he has appealed the district court's decision on qualified immunity, and the next day Chisholm filed a notice of appeal stating the same. (ECF Nos. 44, 46). Jones then responded to Blackwell's motion to strike affirmative defenses on October 31, 2024, arguing that (1) his appeal precludes Blackwell's motion, and (2) Blackwell has not met his burden to strike the affirmative defenses. (ECF No. 49). Blackwell filed a reply the following day, requesting that the Court defer consideration of his motion until the interlocutory appeal is decided. (ECF No. 50).

On November 1, 2024, the Court entered an order deferring consideration of Blackwell's motion to strike pending appeal. (ECF No. 51). Thereafter,

defendants filed a joint motion to stay all proceedings pending the appeals (ECF No. 55), which the Court granted on November 21, 2024 (ECF No. 63).

On November 5, 2025, the Sixth Circuit Court of Appeals denied defendants' appeal, upheld the determination that Blackwell alleged a plausible claim against Jones and Chisholm, and dismissed Inkster's appeal for want of jurisdiction.  (ECF No. 66).  On November 25, 2025, the Sixth Circuit denied defendants' petition for rehearing (ECF No. 67), and on December 2, a mandate was issued (ECF No. 68).  On December 9, the Court lifted the stay entered a new scheduling order.  (ECF No. 69).

To ensure that the briefing is complete, Chisholm and Inkster, who did not yet file a response to Blackwell's motion to strike because of the stay, shall file a response on or before December 29, 2025.  Blackwell may file a reply by January 5, 2026.

SO ORDERED.

Dated: December 11, 2025            s/Kimberly G. Altman  
Detroit, Michigan                    KIMBERLY G. ALTMAN  
                                     United States Magistrate Judge

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 11, 2025.

                                         s/Dru Jennings
                                         DRU JENNINGS
                                         Case Manager